AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Christopher Knox**

      vs.                                                         Case Number: **05-1017**

**James Cox; Michael Melvin; Terry Wade;
J. Gragert; Stephen D. Mote; Roger E. Walker, Jr.;
and Melody Ford**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C., Section 1915A.

                                      ENTER this 4th day of March, 2005

                                      JOHN M. WATERS, CLERK

                                      ____s/M. Leininger_____
                                      BY: DEPUTY CLERK

05-1017jgm.wpd